```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
                                                         :
MARY WEST, on behalf of herself and all                  :
others similarly situated,                               :
                                                         :
                              Plaintiff,                 :    20-CV-3600 (VSB)
                                                         :
              - against -                                :         ORDER
                                                         :
                                                         :
BASSIKE INC.,                                            :
                              Defendant.                 :
                                                         :
---------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/29/2020

VERNON S. BRODERICK, United States District Judge:

It has been reported that the parties have settled this case. Accordingly, it is hereby:

ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's docket if the application to restore the action is made within thirty (30) days.

SO ORDERED.

Dated: July 29, 2020
       New York, New York

*Vernon Broderick*
Vernon S. Broderick
United States District Judge